IN THE CIRCUIT COURT OF
COOK COUNTY CRIMINAL DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF ILLINOIS,** )<br>**Plaintiff.** ) | |
| ) | |
| **V.** ) | No. 20CR003451 |
| ) | |
| **JERVELLE T. GATES** )<br>**Defendant.** ) | |

**MOTION TO WITHDRAW AS COUNSEL**

    NOW COMES the Defendant, Jervelle T. Gates, by and through his attorney Cierra Norris from The Law Office of C.N. Norris, LLC, and moves this Honorable Court to enter an Order granting The Law Office of C.N. Norris, LLC leave to withdraw as counsel herein. In support thereof Counsel states as follows:

1. That The Law Office of C.N. Norris, LLC, is currently the attorney of record for Jervelle T. Gates in the above referenced matter.
2. That Illinois Rule of Professional conduct 1.16(b) states a lawyer may seek to withdraw from representation when a client, by other conduct renders it unreasonably difficult for the lawyer to carry out the employment effectively.
3. That certain irreconcilable differences concerning this cause have arisen between counsel and the Petitioner which necessitates that Counsel withdraw as attorney herein.
4. That pursuant to Illinois Supreme Court Rule 139(c)(2), Jervelle T. Gates is advised that he has 21 days in which to file his own Appearance or to retain new counsel once an Order of withdrawal is entered.

    WHEREFORE, for the above and foregoing reasons, The Law Office of C.N. Norris, LLC, Cierra Norris, respectfully prays this court to enter an order instanter granting them leave to withdraw as the attorney of the Defendant, Jervelle T. Gates, and granting him time to obtain new counsel or file a pro-se appearance.

                                                                                                       Respectfully submitted,



Cierra N. Norris #61617
ARDC: #6325783
The Law Office of C.N. Norris, LLC
55 E. Monroe St. Ste. 38
w: 312.625.6129  c: 234.525.8833

By: /s/ Cierra Norris
Cierra Norris
Attorney for Defendant